**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAPHENE C. ADAMSON-JAMES,**

       **Plaintiff,**

**v.**                                                                     **Case No:  6:11-cv-628-Orl-36TBS**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, SECRETARY,**
**FLORIDA DEPARTMENT OF**
**CORRECTIONS, EDITH DECICCO,**
**BARBARA SCALA, and JOHN DOES 1**
**- 10,**

       **Defendants.**

---

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate

Judge Thomas B. Smith, filed on March 22, 2013 (Doc. 90).   In the Report and

Recommendation, Magistrate Judge Smith recommends that Plaintiff Daphene C. Adamson-

James' ("Plaintiff") Emergency Motion for Preliminary Injunction and/or a Protective Order

Prohibiting Retaliation and Intimidation of Witnesses (Doc. 86) be denied.  *See* Doc. 90, p. 5.

No party has filed an objection to the Report and Recommendation and the time to do so has

expired.

The Court agrees with the Magistrate Judge that Plaintiff has failed to meet the

requirements for a preliminary injunction or protective order.  *See id*.  Therefore, after careful

consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with

an independent examination of the court file, the Court is of the opinion that the Magistrate

Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.      The Report and Recommendation of the Magistrate Judge (Doc. 90) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2.      Plaintiff's Emergency Motion for Preliminary Injunction and/or a Protective Order Prohibiting Retaliation and Intimidation of Witnesses (Doc. 86) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith